IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN WALLACE TERRY, III,                                                          PLAINTIFF
ADC #116765

v.                                        4:14CV00660-BRW-JJV

GLOVER, Detention Officer, Faulkner
County Sheriff Department; *et al*.                                                DEFENDANTS

# ORDER

Plaintiff's unopposed Motion to file an Amended Complaint (Doc. No. 24) is GRANTED.[1]

Defendants Glover, Jackson-Byrd, Criswell-Flowers, and Teel are DISMISSED without prejudice.

The Clerk shall docket the proposed Amended Complaint (Doc. No. 24-1) as Plaintiff's Amended Complaint.

IT IS SO ORDERED this 19th day of December, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants indicated no opposition to the Motion in an email to the Court.