IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALVIN WALLACE TERRY, III,**                                                                                              **PLAINTIFF**
**ADC #116765**

**VS.**                                              **4:14CV00660-BRW-JJV**

**GLOVER, Detention Officer, Faulkner**
**County Sheriff Department;** *et al.*                                                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time for doing so has passed. After careful consideration, the Proposed Findings and Partial Recommended Disposition is approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. No. 20) is DENIED.

IT IS SO ORDERED this 30th day of December, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE