IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CALVIN WALLACE TERRY, III, <br> ADC #116765 | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * <br> * | No. 4:14CV00660-JJV |
| GLOVER, *et al.* | * <br> * | |
| Defendants. | | |

**MEMORANDUM AND ORDER**

Plaintiff, Calvin Wallace Terry, III, filed this section 1983 action on November 7, 2014. (Doc. No. 1.) On May 26, 2015, mail from the Court to Plaintiff was returned as undeliverable. (Doc. No. 39.) On May 27, 2015, an Order was entered which directed Plaintiff to update his address and affirm his intent to continue prosecution of this case within thirty days. (Doc. No. 40.) He was warned that failure to do so would result in the dismissal of this action without prejudice. (*Id*.)

Now, in excess of thirty days have passed since the Court entered the aforementioned Order. Plaintiff has not complied or otherwise responded. Accordingly, the Court finds that Plaintiff has failed to comply with Local Rule of the Court 5.5(c)(2).[1]

IT IS, THEREFORE, ORDERED that all of Plaintiff's pending claims are dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

An appropriate Judgment shall accompany this Memorandum and Order.

---

[1] Plaintiff was previously apprised of his duty to comply with this local rule. (Doc. No. 33.)

1

IT IS SO ORDERED this 6th day of July, 2015.

                                                        _____
                                                        JOE J. VOLPE
                                                        UNITED STATES MAGISTRATE JUDGE